```
IN THE UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF SOUTH CAROLINA
            GREENVILLE DIVISION
```

| | |
|---|---|
| Precious Jefferson, ) | |
| ) | C/A No. 6:08-3728-GRA |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| Chestnut Group, Inc., ) | |
| Springmasters, Inc., ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter is before this Court for a review of Magistrate Judge William M. Catoe's Report and Recommendation made in accordance with 28 U.S.C. § 636(b)(1)(A) and Local Rule 73.02(B)(2)(g), D.S.C., and filed August 6, 2009. Plaintiff filed this employment discrimination action seeking relief pursuant to 28 U.S.C. § 2000. On July 7, 2009, Defendants filed a motion to dismiss or, in the alternative, stay the action. Plaintiff has not filed a response to the motion. The magistrate judge recommends dismissing Plaintiff's Complaint without prejudice for lack of prosecution, and denying attorneys fees. For the reasons stated herein, this Court adopts the magistrate's Report and Recommendation in its entirety.

The magistrate makes only a recommendation to this Court. The recommendation has no presumptive weight, and responsibility for making a final determination remains with this Court. *Mathews v. Weber*, 423 U.S. 261, 270-71 (1976). This Court is charged with making a *de novo* determination of those portions

of the Report and Recommendation to which specific objection is made, and this Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). This Court may also "receive further evidence or recommit the matter to the magistrate with instructions." *Id.* In the absence of specific objections to the Report and Recommendation, this Court is not required to give any explanation for adopting the recommendation. *Camby v. Davis*, 718 F.2d 198 (4th. Cir. 1983). Plaintiff did not file any objections.

After reviewing the Report and Recommendation, this Court finds that the magistrate applied sound legal principles to the facts of this case. Therefore, this Court adopts the magistrate's Report and Recommendation in its entirety.

IT IS THEREFORE SO ORDERED THAT Plaintiff's Complaint is dismissed without prejudice for lack of prosecution and attorney's fees are DENIED.

IT IS SO ORDERED.

G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

August 28, 2009

## NOTICE OF RIGHT TO APPEAL

Plaintiff is hereby notified that she has the right to appeal this Order within thirty (30) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure. Failure to meet this deadline, as modified within Rule 4, will waive the right to appeal.